# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSETTE CARUSO and BRADLEY L. CONWAY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAZIM AUDALLA, CHARLES FABRIKANT, FRED FARKOUH, R. CHRIS REGAN, DAVID BONDY, G. TODD CONWAY, DAVID C. ROBERTS, DEANNA L. KOESTEL, and THE AMERICAN ARBITRATION ASSOCIATION,<br><br>　　　　　Defendants,<br>　and<br><br>AUTOCLEAR, LLC,<br><br>　　　　　Nominal Defendant | (Electronically Filed)<br><br>Civil Case No.: 17-cv-008245(RJS)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Robert Mahoney, dated August 6, 2018, and the exhibits annexed thereto, and the accompanying Memorandum of Law dated August 6, 2018, defendants, Charles Fabrikant, Fred Farkouh, R. Chris Regan, David Bondy, G. Todd Conway, David Roberts, Deanna Koestel, and Autoclear, LLC, a Nominal Defendant, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, 40 Foley Square, Courtroom 619, New York, New

York, on a date and time as designated by the Court, for an Order pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) dismissing the First Amended Complaint (Docket Entry 11) and the Second Amended Complaint (Docket Entry 15), with prejudice.

Dated: August 6, 2018

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS

By: s/ Nicholas A. Duston
    Robert Mahoney (*pro hac vice*)
    Nicholas A. Duston, Esq.
    875 Third Avenue, 8th Floor
    New York, NY 10022
    Tel. No. (212) 808-0700
    Attorneys for Defendants,
    Charles Fabrikant, Fred Farkouh, R. Chris Regan, David Bondy, G. Todd Conway, David Roberts, Deanna Koestel, and Autoclear, LLC

TO:

Brad Conway
25 Egbert Avenue
Morristown, NJ 07960
Plaintiff *Pro Se*

Theodore L. Hecht, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Attorneys for Defendant,
American Arbitration Association, Inc.

Josette Caruso
58 Worden Avenue
Hopelawn, NJ 08861
Plaintiff *Pro Se*