UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



4/17/19

BRAD CONWAY and
JOSETTE CARUSO,

        Plaintiffs,

-v-

G. TODD CONWAY, FRED FARKOUH,
CHARLES FABRIKANT, HAZIM
AUDALLA, AMERICAN ARBITRATION
ASSOCIATION, R. CHRIS REGAN, DAVID
BONDY, DAVID C. ROBERTS, and
DEANNA L. KOESTEL,

        Defendants, and

AUTOCLEAR LLC,

        Necessary Party
        Intervenor.

No. 17-cv-8245 (RJS)
OPINION AND ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    In the Court's March 22, 2019 order (Doc. No. 81), Plaintiff was ordered to pay the U.S. Marshals for the Southern District of New York $428.29. The Court is now in receipt of a check from Plaintiff Brad Conway, dated April 11, 2019 and received in chambers on April 16, 2019, in the amount of $428.29. The check is made out to the U.S. Marshals Service for the Southern District of New York, but addressed to the Court. Despite the improper addressee, the Court will deliver the check to the U.S. Marshals.

    Moreover, in the Court's March 22, 2019 order, Plaintiff was directed to file an affidavit no later than April 15, 2019 verifying that he has made payment to Defendants' counsel in the amount of $20,142.10 and the U.S. Marshals Service for the District of New Jersey in the amount of $327.95. Plaintiff has failed to do so. Accordingly, Plaintiff is reminded that he must file this affidavit

forthwith.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Brad Conway.

SO ORDERED.

Dated: April 17, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2